UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **JOSHUA WARREN** | Case No.: **3:21-CV-05091** |
| Plaintiff/Petitioner | |
| vs. | |
| **MOUNT ETNA PARTNERS, LLC. dba AMERICAN FIBREX, et al** | **AFFIDAVIT OF SERVICE OF Summons; Complaint** |
| Defendant/Respondent | |

Received by Nicole Padro, on the 19th day of November, 2021 at 12:51 PM to be served upon **Garrett Reincke** at 10714 Lake Alice Cove, Odessa, Hillsborough County, FL 33556.
On the 29th day of November, 2021 at 8:25 PM, I, **Nicole Padro, SERVED Garrett Reincke** at **10714 Lake Alice Cove, Odessa, Hillsborough County, FL 33556** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Garrett Reincke.**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to Garrett Reincke with identity confirmed by subject stating their name. The individual accepted service with security camera (documents left, seen by subject). The individual appeared to be a white male contact 35-45 years of age. I identified a Black 2021 CADILLAC ESCALADE GRST70 and a White 2018 GENESIS G90 ITYK81 registered to the subject.

Service Fee Total: **$75.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Nicole Padro_      19-885400

Nicole Padro      Server ID #      Date

Notary Public: Subscribed and sworn before me on this **4th** day of **December** in the year of 20**21**
Personally known to me **✓** or _____ identified by the following document:

Number/Reference: _GG 252374_
Type: _____
Notary Public for State of: _Florida_
Commission Expiration: _Aug. 26, 2022_

Notary Public (Legal Signature)

SAMANTHA MCKINNEY
Notary Public - State of Florida
Commission # GG 252374
My Comm. Expires Aug 26, 2022
Bonded through National Notary Assn.