UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSHUA WARREN<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>MOUNT ETNA PARTNERS, LLC D/B/A AMERICAN FIBREX, ET AL.<br><br>Defendant/Respondent | Case No.: 3:21-CV-05091-MDH<br><br>AFFIDAVIT OF SERVICE OF SUMMONS; COMPLAINT |

Received by **Carly Griffin**, on the **8th day of January, 2022 at 9:28 AM** to be served upon **MOUNT ETNA PARTNERS, LLC D/B/A AMERICAN FIBREX c/o Corporation Service Company, REGISTERED AGENT** at 135 N Pennsylvania St. Suite 1610, Indianapolis, Marion County, IN 46204.
On the **11th day of January, 2022 at 10:09 AM**, I, Carly Griffin, SERVED MOUNT ETNA PARTNERS, LLC D/B/A AMERICAN FIBREX c/o Corporation Service Company, REGISTERED AGENT at 135 N Pennsylvania St. Suite 1610, Indianapolis, Marion County, IN 46204 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Corporation Service Company, REGISTERED AGENT**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Corporation Service Company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Service Fee Total: **$75.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: Carly Griffin      Server ID #      Date: 1/13/2022

Notary Public: Subscribed and sworn before me on this ___ day of JANUARY ___ in the year of 20 22.
Personally known to me ✓ or ___ identified by the following document: ___

Number/Reference: NP0729178
Type: ___
Notary Public for State of: IN
Commission Expiration: 10/04/2028

Notary Public (Legal Signature): Victoria E Griffin

*[Notary Seal: Victoria E Griffin, Notary Public, State of Indiana, Commission # NP0729178, My Commission Expires 10/04/2028]*

REF: **REF-9409373**

Page 1 of 1
Tracking #: 0081584402

