IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JOSHUA WARREN ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil No. 21-5091-CV-SW-MDH |
| MOUNT ETNA PARTNERS, LLC, et al., ) | |
| Defendants, ) | |

## ENTRY OF DEFAULT BY CLERK

Upon request of a party to the action, and after a review of the record of the Court, it appears that Defendant Garrett Reincke, has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure. Therefore, DEFAULT of the following named party is ENTERED pursuant to Federal Rules of Civil Procedure 55(a):

GARRETT REINCKE

Dated: March 1, 2022          Paige Wymore-Wynn, Clerk of Court


By: s/Linda Howard
                              Deputy Clerk.