UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

**JOSHUA WARREN**

Plaintiff/Petitioner

vs.

**MOUNT ETNA PARTNERS, LLC.; ET AL.**

Defendant/Respondent

Case No.: **3:21-CV-05091**

DECLARATION OF NON-SERVICE OF **Summons and Complaint**

Received by **Jessica Warren**, on the **24th day of November, 2021 at 10:04 AM** to be served upon **Ronald Blackburn** at **930 Third St, New Orleans, Orleans County, LA 70130**.

On the **2nd day of December, 2021 at 10:35 AM**, I, **Jessica Warren**, NON-SERVED Ronald Blackburn.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **930 Third St, New Orleans, Orleans County, LA 70130**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
**11/26/2021 11:28 AM: There was no answer at the address.**
**12/2/2021 10:35 AM: I spoke with an individual who indicated they were the resident and they stated subject unknown. I spoke with a neighbor who says not resident. the neighbor who does know the owner Leland, but do not know of the name Ronald Blackburn.**

Service Fee Total: **$135.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _Jessica Warren_     Server ID #     Date: 12/03/2021