# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JOSHUA WARREN, | )<br>)<br>) |
| vs. | ) Case No. 21-5091-CV-SW-MDH<br>) |
| MOUNT ETNA PARTNERS, LLC, et al., | )<br>**)**<br>)<br>) |

\_\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** GRANTS Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(1) against Defendant Garrett Reincke is **GRANTED.**

**IT IS FURTHER ORDERED** judgment is entered in favor of Plaintiff for the total amount of $2,937,048.00, with post-judgment interest at the applicable federal rate.

**IT IS SO ORDERED**.


 November 3, 2022                              Paige Wymore-Wynn
Date                                           Clerk of Court


Entered on: November 3, 2022             s/Linda Howard
                                         (By) Deputy Clerk