# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA WARREN, | * | |
| *Plaintiff* | * | |
| vs. | * | 21-03024-CV-MDH |
| | * | 21-cv-5091-MDH |
| MOUNT ETNA PARNTERS, LLC, | * | |
| RONALD BLACKBURN, and | * | |
| GARRETT REINCKE, | * | |
| *Defendants* | * | |

**********************************

## NOTICE OF APPEAL

NOTICE is hereby give that Garrett Reincke, *pro se*, hereby appeals to the United States Court of Appeals for the Eight Circuit from the Judgment of the United States District Court for the Western District of Missouri awarding Joshua Warren $2,937,048.00 against him, dated November 3, 2022, the Honorable Douglas Harpool presiding.

November 28, 2022

Garrett Reincke, *pro se*

10714 Lake Alice Cove
Odessa, FL 33556

Receipt No. 97929