# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3534
_____

Joshua Warren

Plaintiff - Appellee

v.

Ronald Blackburn

Defendant

Garrett Reincke

Defendant - Appellant

Mount Etna Partners, LLC, doing business as American Fibrex

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:21-cv-05091-MDH)
_____

**JUDGMENT**

Before LOKEN, ERICKSON and STRAS, Circuit Judges.

The district court is directed to treat the Notice of Appeal filed with that court as a timely motion to set aside the default judgment under Fed. R. Civ. P. 55(c). The appeal is hereby administratively closed.

Mandate shall issue forthwith.

December 12, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans