# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3534

Joshua Warren

Appellee

v.

Ronald Blackburn

Garrett Reincke

Appellant

Mount Etna Partners, LLC, doing business as American Fibrex

---

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:21-cv-05091-MDH)

---

**MANDATE**

In accordance with the judgment of December 12, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 12, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit