The Honorable M. Douglas Harpool
222 East St. Louis Street
Springfield, MO 65806

re: 21-05091

Dear Judge Harpool:

I am a pro se litigant. I was not given notice of a deadline for January 16 to set aside a default judgment taken against me.

I am not in a position to hire counsel in the Western District of Missouri. If it pleases the court, I would like to ask for 30 days to prepare my response. I appreciate your time and attention to this matter.

Thank you.

Respectfully,

Garrett Reincke

cc: Gregory J. Linhares, Clerk of Court
111 South 10th Street
Springfield, MO, 63102