IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JOSHUA WARREN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MOUNT ETNA PARTNERS, LLC, RONALD BLACKBURN and GARRETT REINCKE, | ) ) ) ) | CASE NO: 3:21-cv-05091-MDH |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RONALD BLACKBURN PURSUANT TO RULE 41(a)(1)(A)**

COMES NOW Plaintiff Joshua Warren, by and through his counsel of record, and pursuant to Federal Rule of Civil Procedure files her Notice of Voluntary Dismissal Without Prejudice of Ronald Blackburn, and in support states as follows:

1. Ronald Blackburn has not been served with the Complaint and therefore no Answer has been filed.

2. Under Rule 41(a)(1)(i), a Notice of Dismissal without order of Court is sufficient to effect dismissal.

3. This Notice of Dismissal does not affect the other Defendants, Mount Etna Partners, LLC, and Garrett Reincke, which will remain pending.

WHEREFORE, Plaintiff prays for an order of dismissal without prejudice of Ronald Blackburn pursuant to Rule 41(a)(1)(A), and for such other and further relief as this Court deems just and proper in the circumstances.

Respectfully submitted,

**BUCHANAN, WILLIAMS & O'BRIEN, P.C.**

 /s/ James V. O'Brien _____
James V. O'Brien, MO Bar #31161
Andrew S. Buchanan, MO Bar #53824
1105 E 32md St., Ste 5
Joplin, MO 64804
Telephone:  417-623-8220
Facsimile:  417-781-9706
E-Mail:     jobrien@bwoattorneys.com
            abuchanan@bwoattorneys.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system, this 6th day of July, 2023 and via US Mail to:

Garrett Reincke
10714 Lake Alice Cove
Odessa, FL 33556


      /s/ James V. O'Brien_____