## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **JOSHUA WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:21-cv-05091-MDH** |
| | ) | |
| **RONALD BLACKBURN,** | ) | |
| **GARRETT REINCKE,** | ) | |
| **MOUNT ETNA PARTNERS, LLC** | ) | |
| **d/b/a American Fibrex,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

Ronald Blackburn Pursuant to Rule 41(a)(1)(A) (Doc. 29) and Plaintiff's Notice of Voluntary

Dismissal Without Prejudice of Mount Etna Partners, LLC Pursuant to Rule 41(a)(1)(A)

(Doc. 31).

WHEREFORE, after review, this Court GRANTS Plaintiff's Notices of Voluntary

Dismissal Without Prejudice (Docs. 29 and 31), and hereby dismisses this action in its entirety

against Ronald Blackburn and Mount Etna Partners, LLC d/b/a American Fibrex, without

prejudice, and with each party to bear its own attorney fees and costs. This case remains pending

against Defendant, Garrett Reincke.

**IT IS SO ORDERED.**

DATED:        August 31, 2023

_/s/ Douglas Harpool_
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

1