# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| JOSHUA WARREN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:21-cv-05091-MDH<br>) |
| RONALD BLACKBURN,<br>GARRETT REINCKE, and<br>MOUNT ETNA PARTNERS, LLC<br>d/b/a American Fibrex, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER FOR STATUS REPORT

Plaintiff has filed Notices of Dismissal without Prejudice dismissing Defendants Ronald Blackburn and Mount Etna Partners, LLC from this case (Docs. 29 and 31). This Court granted the dismissals and dismissed both Defendants (Order Doc. 32).

WHEREFORE, this Court ORDERS Plaintiff to file a Status Report with the Court on or before September 15, 2023, as to how he intends to proceed against the remaining pro se Defendant, Garrett Reincke, against whom a Clerks Judgment was previously entered (Doc. 14).

**IT IS SO ORDERED**.

DATED: August 31, 2023

*/s/ Douglas Harpool*
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE