IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JOSHUA WARREN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-05091-MDH ) |
| RONALD BLACKBURN, GARRETT REINCKE, and MOUNT ETNA PARTNERS, LLC d/b/a American Fibrex, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DIMISSAL WITHOUT PREJUDICE

Plaintiff filed a Motion for Default Judgment against Defendant Joshua Warren on January 31, 2022 (Doc. 6). A Clerk's Entry of Default as to Garrett Reincke was entered March 1, 2022 (Doc. 8), and a Clerk's Judgment as to Garrett Reincke was entered on November 3, 2022 (Doc. 14).

Plaintiff has filed Notices of Dismissal without Prejudice pursuant to F.R.Civ.P. Rule 41(a)(1)(A), dismissing Defendants Ronald Blackburn (Doc. 29 filed July 6, 2023) and Mount Etna Partners, LLC (Doc. 31 filed August 30, 2023). This Court granted the dismissals and dismissed both Defendants (Order Doc. 32).

WHEREFORE, all Defendants to this action having been either dismissed or had default judgment taken against them, this Court hereby dismisses this entire case, without prejudice.

**IT IS SO ORDERED**.

DATED: September 20, 2023

*/s/ Douglas Harpool*
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE